# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMANUEL TOLEDO,<br><br>Defendant. | CASE NO. 14-CR-1764-JLS<br><br>**JUDGMENT AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Upon Joint Motion of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-entitled case be dismissed without prejudice, pursuant to Fed. R. Crim. P. 48(a).

**SO ORDERED.**

DATED: October 7, 2014

_____
**HONORABLE JANIS L. SAMMARTINO**
United States District Judge